No. 580. SAMUELS ET AL. *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL.; and

No. 813. FERNANDEZ *v.* MACKELL, DISTRICT ATTORNEY OF QUEENS COUNTY, ET AL. Appeals from D. C. S. D. N. Y. [Probable jurisdiction noted, *ante,* p. 975.] Joint motion of appellants to enlarge time for oral argument of these consolidated cases granted, and 15 additional minutes allotted for that purpose. Counsel for appellees likewise allotted 15 additional minutes for oral argument. *Victor Rabinowitz* for Samuels et al. in No. 580, and *Eleanor Jackson Piel* for Fernandez in No. 813, on the motion.

No. 670. BANKS *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Motion of respondent to dispense with printing record denied. *Thomas C. Lynch,* Attorney General of California, and *Edward P. O'Brien,* Deputy Attorney General, on the motion. *Thomas J. Klitgaard* for petitioner in opposition. [For previous orders herein, see, *e. g., ante,* p. 931.]

No. 1014, Misc. HENDRIX *v.* BLACKWELL, WARDEN; No. 1129, Misc. SMITH *v.* PAGE, WARDEN, ET AL.; No. 1132, Misc. FOSSUM *v.* PORTER, SHERIFF; and No. 1168, Misc. WHITE *v.* WARDEN, MARYLAND PENITENTIARY. Motions for leave to file petitions for writs of habeas corpus denied.

No. 791. CRANE *v.* CEDAR RAPIDS & IOWA CITY RAILWAY CO. Sup. Ct. Iowa. Certiorari granted. *E. Barrett Prettyman, Jr.,* for petitioner. *William M. Dallas* and *John F. Gaston* for respondent.